# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

**CYRILL A. KOLOCOTRONIS**

    v.

**SUSAN WARD, et al**

Case Number: 05-4234-CV-C-NKL

_     *Jury Verdict.* This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     *Decision by Court.* This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    *IT IS ORDERED AND ADJUDGED*

–     that plaintiff's claims are dismissed, pursuant to the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003), and for failure to state a claim, pursuant to 28 U.S.C. § 1915.

ENTERED ON: January 31, 2006

| | |
|---|---|
| <u>January 31, 2006</u><br>Date |     <u>PATRICIA L. BRUNE</u><br>Clerk<br><br>/s L. Bax<br><br>(By) Deputy Clerk |