IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| CYRILL A. KOLOCOTRONIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4234-CV-C-NKL |
| | ) | |
| SUSAN WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 1, 2006, plaintiff filed a second notice of appeal, which will be treated as a request for reconsideration of this court's order of April 24, 2006, denying his request for leave to proceed in forma pauperis on appeal. For reasons previously set forth in the order of April 24, 2006, it is

ORDERED that plaintiff's motion for reconsideration is denied [12].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 19, 2006
Jefferson City, Missouri